## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                                          **PLAINTIFF**

**v.**                          **Case No. 3:20-cv-00256-KGB-JJV**

**JUSTIN HUNT, Sergeant, NCU,** *et al.*                                    **DEFENDANTS**

### ORDER

The Court has reviewed the proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 24). Plaintiff Christopher Everett has not objected, and the time for filing objections has passed. After careful review, the Court adopts the proposed findings and recommendations as its findings in all respects (*Id.*).

Therefore, defendants' motion for partial summary judgment is granted (Dkt. No. 20). The Court dismisses Mr. Everett's failure to protect claims against defendants Moses Jackson and Dexter Payne without prejudice, and the Court dismisses Mr. Jackson and Mr. Payne as defendants in this lawsuit. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this 9th day of February, 2021.

_____
Kristine G. Baker
United States District Judge