IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                                                                                      PLAINTIFF
ADC #152664

v.                                             3:20-cv-00256-KGB-JJV

JUSTIN HUNT,
Sergeant, North Central Unit, *et al.*                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### RECOMMENDATION

Christopher Everett ("Plaintiff") is a prisoner in the Grimes Unit of the Arkansas Division of Corrections ("ADC"). He has filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants Sergeant Justin Hunt, Corporal Kaleb Drouz, and Corporal Kyle Lebouf used

1

excessive force against him, sexually assaulted him, and failed to protect him from harm.[1] (Doc. 4.) He is proceeding with these claims against Defendants in their individual capacities. (Doc. 17.)

On June 23, 2021, Plaintiff filed a Motion for Voluntary Dismissal. (Doc. 43.) I recommend the Motion be granted because Plaintiff has presented a proper explanation as to why he wishes to dismiss this case, dismissal would not waste judicial time and effort, and dismissal will not prejudice Defendants. *See Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017). In reaching that conclusion, I note Plaintiff filed a Motion to Compel Production of Documents and Interrogatories on the same day he filed his Motion for Voluntary Dismissal, which is somewhat inconsistent. (Doc. 44.) **If Plaintiff does not want to dismiss this case, he should promptly file Objections saying he wishes to withdraw his Motion for Voluntary Dismissal**.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Motion for Voluntary Dismissal (Doc. 43) be GRANTED, Plaintiff's claims against Defendants Hunt, Drouz, and Lebouf in their individual capacities be DISMISSED without prejudice, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

Dated this 23rd day of June 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] All other claims and Defendants have been previously dismissed. (Docs. 17, 28.)