**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHRISTOPHER EVERETT
ADC #152664**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 3:20-cv-00256-KGB-JJV**

**JUSTIN HUNT, Sergeant, NCU,** *et al.*                                    **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 45). Plaintiff Christopher Everett has not objected, and the time for filing objections has passed. After careful review, the Court adopts the Recommendations as its findings in all respects (*Id.*).

Therefore, the Court grants Mr. Everett's motion for voluntary dismissal of his claims against defendants Justin Hunt, Kaleb Drouz, and Kyle Lebouf in their individual capacities (Dkt. No. 43). The Court dismisses Mr. Everett's complaint and amended complaint without prejudice (Dkt. Nos. 2, 4). The Court certifies an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this 7th day of February, 2022.

_____
Kristine G. Baker
United States District Judge