IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                                                               **PLAINTIFF**

v.                              Case No. 3:20-cv-00256-KGB-JJV

**JUSTIN HUNT, Sergeant, NCU,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Christopher Everett's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 4). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 7th day of February, 2022.

Kristine G. Baker
United States District Judge